UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 19-1209(DSD/BRT)

Shannon Tyrone Craig,

        Plaintiff,

v.  **ORDER**

Minnesota Department of
Corrections Commissioner,

        Defendant.

    This matter is before the court upon the report and recommendation of Magistrate Judge Becky R. Thorson, dated June 17, 2019 (R&R). The magistrate judge recommended that the court dismiss pro se plaintiff Shannon Tyrone Craig's complaint brought under 42 U.S.C. § 1983 for failure to prosecute.[1] See Fed. R. Civ. P. 41(b). No objections to the R&R have been filed within the time period permitted. See D. Minn. LR 72.2(b)(1). Under these circumstances, the court finds it appropriate to adopt the R&R.

    Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 8] is adopted in its entirety;
2. The complaint is dismissed [ECF No. 1] for failure to prosecute; and

---

[1] The magistrate judge denied Craig's request for IFP status and gave Craig until June 7, 2019, to pay the filing fee. Craig has not done so.

3. The case is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 2, 2019

<u>s/David S. Doty</u>
David S. Doty, Judge
United States District Court